ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 16 2020 ★
BROOKLYN OFFICE

RECEIVED
MAR 16 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASMEYA MEHMETI
YASMEYA TRUWANDA WEEKS

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Det. Donald Brown
NYPD & New York
city board of education
New York city police
Department. Juvenile Justice

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes  ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

YASMEVA _____ MEHMETI
First Name | Middle Initial | Last Name

YASMEVA TRUWANDA WEEKS
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

\* 0009868470
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

R.M.SC
Current Place of Detention

1919 Hazen Street
Institutional Address

E. Elmhurst | NY | 11370
County, City | State | Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Donald
Last Name: Brown
Shield #:
Current Job Title (or other identifying information): Detective 120th Precint
Current Work Address: 100 Richmond Terrace
County, City: SI (Richmond), State: NY, Zip Code: 10301

**Defendant 2:**
First Name: NYC Board of Education
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address: 65 Court Street Suite #1
County, City: Brooklyn, State: NY, Zip Code: 11201

**Defendant 3:**
First Name: NYC Dept. of Juvenile Justice
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address: 110 William St # 14th Floor
County, City: NY, State: NY, Zip Code: 10038

**Defendant 4:**
First Name: NYPD Headquarters
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address: New York, NY
County, City: , State: , Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 120th police van auto

Date(s) of occurrence: Jan 1997 - present

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was brutally attack, sexually, & physically and mentally analyzed by detective Sopano Bresin. It still haunts me up until this very day. My God Father did not put me thru this on me and nth guy raped me. Detective Sopano Bresin was a power ask creepy individual who made my life very miserable and disturbed. It started when he took me to the family courthouse along with his partner a Caucasian male. He did me worst than a cruel person would do an dog. I was too young to that weak or is. I was developed for my age but I could not over power a man of the caliber

Page 4

back then. He continued to ruin my life for years on causing chaos, murder, shooting, and just outright sex, just mayhem. I do not know what the obsession with me was. I think he thought he could control me also. He was very corrupted as a cop & deputy.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I had trauma to my mental health and had to go through loss of memory and then until current. I do not feel ready yet to cry it is. It still stuck in my mind like yesterday.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

There is no amount of currency/money his can pay it though. I will seek oxillion/trillion dollars all together for 24 to 30 years of trauma and pain suffering. If at all possible until he is able to me. He took my loved ones away forever.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3/2/2020            Plaintiff's Signature: Yasmeya Mehmeti

First Name: Yasmeya    Middle Initial:    Last Name: Mehmeti

Prison Address: 1919 Yazen Street (FMC 2)

County, City: Queen    State: Elmhurst NY    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 3/2/2020

